DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PB DEVELOPERS, LLC, IVAN M. VARGAS,** and **JUAN V. VARGAS,**
Appellants,

v.

**YRSI, LLC,**
Appellee.

No. 4D22-2377

[August 2, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Samantha Schosberg Feuer, Judge; L.T. Case No. 502018CA003520.

Peter J. Snyder of Peter J. Snyder, P.A., Boca Raton, for appellants.

Pierre St. Jean of Pierre St Jean, PLLC, West Palm Beach, for appellee.

PER CURIAM.

PB Developers, LLC, Ivan M. Vargas, and Juan V. Vargas appeal the Final Judgment of Foreclosure and Dismissal of Amended Counterclaim entered in favor of YRSI, LLC. Multiple issues are raised, and on all but one issue we affirm without discussion. For the final issue, the appellants argue the circuit court erred when it decided attorney's fees despite the parties' pretrial stipulation that attorney's fees would be considered post-trial and upon motion. Additionally, the appellants argue the fee judgment was not supported by competent substantial evidence. We agree and reverse the portion of the judgment relating to attorney's fees. We therefore remand for further proceedings limited to attorney's fees.

*Affirmed in part, reversed in part, and remanded.*

WARNER, DAMOORGIAN and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***